In the Matter of the Construction of the Will and Codicils of ARTHUR C. JAMES, Deceased. JAMES H. LARSON, as Executor of MAUD P. LARSON, Deceased, Appellant; WILLIAM W. CARMAN et al., as Executors of ARTHUR C. JAMES,

Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Glennon, Van Voorhis, Shientag and Heffernan, JJ. [See *ante,* p. 648.]